■ GENERAL MOTORS ACCEPTANCE CORPORATION, Respondent, v FAIRWAY DODGE SALES, INC., Appellant. (Appeal No. 2.) — Order unanimously affirmed, without costs. Same memorandum as in *General Motors Acceptance Corp. v Fairway Dodge Sales* (80 AD2d 740). (Appeal from order of Erie Supreme Court — assessment of damages.) Present — Cardamone, J.P., Simons, Callahan, Denman and Schnepp, JJ.